THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
George Witt, Petitioner,
v.
State of South Carolina, Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal From Greenville County
C. Victor Pyle, Trial Judge
John W. Kittredge, Post-Conviction Relief 
 Judge

Memorandum Opinion No. 2004-MO-051
Submitted September 14, 2004 - Filed 
 September 23, 2004

DISMISSED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, of the S.C. Office of Appellate 
 Defense, of Columbia, for Petitioner.
Attorney General Henry D. McMaster, Chief Deputy Attorney General John W. McIntosh, 
 Assistant Deputy Attorney General Salley W. Elliott, Assistant Attorney General 
 Elizabeth R. McMahon, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Petitioner seeks a writ of certiorari from the denial of 
 his application for post-conviction relief (PCR).
Because there is sufficient evidence to support the PCR judges finding 
 that petitioner did not knowingly and intelligently waive his right to a direct 
 appeal, we grant certiorari and proceed with a review of the direct appeal issue 
 pursuant to Davis v. State, 288 S.C. 290, 342 S.E.2d 60 (1986).
The direct appeal issues are dismissed under Rule 220(b)(1), SCACR, after a 
 review pursuant to Anders v. California, 386 U.S. 738 (1967).  Counsels 
 motion to be relieved is granted.
 DISMISSED.
 TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., 
 concur.